IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BARBARA SICHERMAN            :   CIVIL ACTION
                             :
            v.               :
                             :
NATIONWIDE LIFE INSURANCE    :
COMPANY, et al.              :   NO. 11-7227

ORDER

AND NOW, this 3rd day of April, 2012, upon consideration of the defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Docket No. 8), the plaintiff's response thereto, the defendants' brief in reply, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the motion is GRANTED. The complaint is DISMISSED WITHOUT PREJUDICE. The plaintiff shall have thirty days from the date of this Order to file an amended complaint.

                             BY THE COURT:

                             /s/ Mary A. McLaughlin
                             MARY A. McLAUGHLIN, J.